EPSTEIN v. GOLDSMITH et al. (No. 6699.) (Supreme Court, Appellate Division, First Department. December 31, 1914.) Appeal from Special Term, New York County. Action by David Epstein against Nellie Goldsmith and another. From an order denying a motion to make the complaint more definite and certain, and to strike out certain allegations as redundant, defendants appeal. Modified and affirmed. Lewis M. Isaacs, of New York City, for appellants. Alexander Pfeiffer, of New York City, for respondent.

PER CURIAM. The order appealed from should be modified as follows: First. The complaint should be made more definite and certain: (1) Paragraphs 3 and 4, by specifying with more and sufficient particularity when defendant Lewis is claimed to have fraudulently transferred the property therein described; (2) by specifying in similar manner the character of the transfers to and source of title of said Lewis to said property; (3) paragraph eighth, by similarly specifying to whom the property and moneys with which the bonds were purchased belonged. Second. The entire ninth paragraph should be stricken out as irrelevant. As so modified, the order should be affirmed, with $10 costs and disbursements to the appellants.

ERWIN, Appellant, v. LUTMAN, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 11, 1914.) Action by Arthur H. Erwin against Harriet L. Lutman. No opinion. Motion to dismiss appeal denied, with $10 costs. Held that, in view of the fact that the case has neither been settled nor signed, the motion was prematurely made. See, also, 156 App. Div. •924, 141 N. Y. Supp. 1118.

ETSHELLS, Respondent, v. FARGO, Appellant. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Action by Harry Etshells against James F. Fargo, as Treasurer, etc. J. G. Milburn, of New York City, for appellant. J. A. O'Leary, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 144 N. Y. Supp. 1069; 161 App. Div. 927, 146 N. Y. Supp. 1090. Order filed.

McLAUGHLIN, J., dissents.

ETTLINGER, Respondent, v. NATIONAL SURETY CO., Appellant. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Action by Louis Ettlinger against the National Surety Company. H. L. Scheuerman, of New York City, for appellant. J. S. Lehmaier, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

In re EVANS. (Supreme Court, Appellate Division, First Department. December 11, 1914.) In the matter of Amos H. Evans. No opinion. Referred to Hon. John J. Freedman, official referee. Settle order on notice.

EXEMPT FIREMAN'S ASS'N OF CITY OF LITTLE FALLS, Appellant, v. CITY OF LITTLE FALLS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 18, 1914.) Action by the Exempt Fireman's Association of the City of Little Falls against the City of Little Falls, and others. No opinion. Judgment affirmed, with costs.

EYSAMAN, Respondent, v. NELSON et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November 25, 1914.) Action by Bertha J. Eysaman, individually and as executrix, etc., against Walter Nelson and others.

PER CURIAM. Judgment (79 Misc. Rep. 304, 140 N. Y. Supp. 183) affirmed, with costs.

ROBSON, J., dissents. MERRELL, J., not sitting.

FAIRCHILD v. SCARSDALE ESTATES et al. (Supreme Court, Appellate Division, Second Department. December 11, 1914.) Action by Josephine M. Fairchild against the Scarsdale Estates and others, in which the White Plains Development Company and another appeal. No opinion. Motion to dismiss appeal denied, without costs.

FAMABROSIS SOCIETY v. ROYAL BEN. SOCIETY. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Action by the Famabrosis Society against the Royal Benefit Society. No opinion. Motion for stay granted, without costs, on condition that appeal is brought on for argument in January, 1915. Unless case is so argued, plaintiff may move to vacate stay. Settle order on notice.

FAMBORILLE v. ATLANTIC, G. & P. CO. (Supreme Court, Appellate Division, Third Department. November 25, 1914.) Action by Luigi Famborille, as administrator, etc., of Lorette Famborille, deceased, against the Atlantic, Gulf & Pacific Company. No opinion. Motion granted. See, also, 155 App. Div. 833, 140 N. Y. Supp. 529.

In re FARLEY. In re BARRICK. (Supreme Court, Appellate Division, First Department. December 11, 1914.) In the matter of the petition of William W. Farley, as Commissioner. In the matter of Rosa L. Barrick. No opinion. Orders affirmed, with $10 costs and disbursements, on opinion of Page, J. Order filed. For opinion below, see 149 N. Y. Supp. 424.

FATUM, Respondent, v. BROOKLYN, Q. C. & S. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 11, 1914.) Action by Elizabeth Fatum against the Brooklyn, Queens County & Suburban Railroad Company. No opinion. Motion for reargument (149 N. Y. Supp. 1080) denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied.